UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jayson Carr individually and on behalf of
all others similarly situated,

                              Plaintiff,

v.

Convergent Outsourcing, Inc.

                Jury Demanded

                            Defendant.

No. 18 cv 1477

CLASS ACTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 18 2018 ★

LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without attorney fees or costs to either party.

**S/ Joseph Mauro**
Joseph M. Mauro
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

6/14/2018
Date

**S/ Matthew Brady Johnson**
Brock & Scott
300 Cadman Plaza West
One Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201

6/14/2018

Case closed.  SO ORDERED.

s/ Arthur D. Spatt
_____
Arthur D. Spatt, U.S.D.J.

6/18/18
_____
Date